UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

PABLO ULLOA,

                                          Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER ALEX
RIVERA (TAX 955379), and POLICE OFFICER PATRICK
MARSTELLAR (Shield No. 31938),

                                                 Defendants.
-------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

16-CV-5631 (KAM) (CLP)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

       1.      The above-referenced action is hereby dismissed with prejudice; and

2.     Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       April 17, 2018

LAW OFFICE OF MICHAEL S. LAMONSOFF
*Attorneys for Plaintiff*
32 Old Slip, 8th Floor
New York, NY 10005

By: _____
Jessica Massimi
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York,
  Rivera, and Marsteller*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Joseph Gutmann
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE

Dated: _____, 2018